# BARSAMIAN, SAQUI & MOODY

Other Offices:
Sacramento, California
Salinas, California
Visalia, California

A Professional Corporation
Attorneys at Law
1141 W. Shaw Avenue, Suite 104
Fresno, California 93711-3704
E-Mail:  laborlaw@theemployerslawfirm.com

Tel:  (559) 248-2360
Fax: (559) 248-2370
Toll Free: (888) 322-2573

June 6, 2005

**_Electronic Court Filing_**

Hon. Joseph C. Spero
U. S. District Court
Northern District
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

      Re: EEOC v. Sun Pacific Shippers, Inc.
         Case No. C 04- 2950 JCS

Dear Judge Spero:

    I will be appearing on behalf of defendants Sun Pacific at the Case Management Conference, scheduled for June 10, 2005 at 1:30 p.m.   I respectfully request a telephonic appearance at said hearing.  I may be reached at my office at 559/248-2360.

    Thank you for your consideration in this matter.

         Sincerely,

         BARSAMIAN, SAQUI & MOODY
         A Professional Corporation

         /s/ Ronald H. Barsamian

         Ronald H. Barsamian

RHB:rmo

## O R D E R

    It is so ordered.

Dated:  June 7, 2005          /s/ Joseph C. Spero

                               UNITED STATES MAGISTRATE JUDGE