1  WILLIAM R. TAMAYO – #084965 (CA)
   JONATHAN T. PECK -- #12303 (VA)
2  CINDY O'HARA -- #114555 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY
3   COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, California  94105
5  Telephone:    (415) 625-5653
   Facsimile:    (415) 625-5657

6  Attorneys for Plaintiff Equal Employment Opportunity Commission

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SUN PACIFIC SHIPPERS, INC., SUN PACIFIC MARKETING COOPERATIVE, INC., SUN PACIFIC FARMING COOPERATIVE, INC., SUN PACIFIC SHIPPERS, L.P., and SUN PACIFIC ENTERPRISES, L.P.<br><br>Defendants. | Civil Action No. C-04-2950 JCS<br><br>**STIPULATED DISMISSAL OF FOUR PARTIES PURSUANT TO CONSENT DECREE BETWEEN EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AND  AND SUN PACIFIC SHIPPERS, INC., ET AL.** |

On June 8, 2005 Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendants Sun Pacific Shippers, Inc., Sun Pacific Marketing Cooperative, Inc., Sun Pacific Farming Cooperative, Inc., Sun Pacific Shippers, L.P., and Sun Pacific Enterprises, L.P. entered into a Consent Decree, which was entered by this Court on June 9, 2005.  Paragraph 16 of said Decree provides that upon payment of the settlement amount to Charging Party Dora Diaz, Plaintiff EEOC and Defendants will enter into a stipulation that the remaining obligations of the Consent Decree will be the sole and exclusive obligations of Defendant Sun Pacific Shippers, L.P., and will stipulate to the dismissal of Defendants Sun Pacific Shippers, Inc., Sun Pacific Marketing Cooperative,

1  Inc., Sun Pacific Farming Cooperative, Inc., and Sun Pacific Enterprises, L.P.  Said
2  amount having been paid,
3       THE PARTIES TO THIS MATTER, BY AND THROUGH THEIR ATTORNEYS
4  OF RECORD hereby stipulate that this matter is dismissed with prejudice as to
5  Defendants Sun Pacific Shippers, Inc., Sun Pacific Marketing Cooperative, Inc., Sun
6  Pacific Farming Cooperative, Inc., and Sun Pacific Enterprises, L.P., and that the
7  remaining obligations of the Consent Decree entered in this case are the sole and
8  exclusive obligations of  Defendant Sun Pacific Shippers, L.P.
9       **E-filing concurrence:**   I, Cindy O'Hara, attorney for Plaintiff EEOC, attest that I
10 have obtained the concurrence of Ronald Barsamian, attorney for Defendants  Sun
11 Pacific Shippers, Inc., Sun Pacific Marketing Cooperative, Inc., Sun Pacific Farming
12 Cooperative, Inc., Sun Pacific Shippers, L.P., and Sun Pacific Enterprises, L.P., for the
13 filing of this stipulated dismissal.

On Behalf of Plaintiff Commission:          On Behalf of Defendants:

Dated: July 5, 2005                         Dated: July 5, 2005

EQUAL EMPLOYMENT OPPORTUNITY               BARSAMIAN, SAQUI & MOODY
COMMISSION

_____/S/_____                    _____/S/_____
CINDY O'HARA                                RONALD H. BARSAMIAN
Senior Trial Attorney                       Attorneys for Defendants Defendant Sun
                                            Pacific Shippers, L.P., Sun Pacific
                                            Shippers, Inc., Sun Pacific Marketing
                                            Cooperative, Inc., Sun Pacific Farming
                                            Cooperative, Inc., and Sun Pacific
                                            Enterprises, L.P.

Dated: July 11, 2005

IT IS SO ORDERED
Magistrate Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATED DISMISSAL OF FOUR PARTIES PURSUANT TO CONSENT DECREE BETWEEN EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AND AND SUN PACIFIC SHIPPERS, INC., ET AL.**     Page 2